covenants against grantor's acts. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

Town of Southold, Appellant, v. Ralph T. Preston, Respondent.— Motion to add appeal to the June calendar denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Utility Electric Company, Inc., Appellant, v. Frank Wilson, Individually and as President of Local Union No. 3 of the International Brotherhood of Electrical Workers, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper and Scudder, JJ.; Tompkins, J., not voting.

Joseph Waldman, etc., Respondent, v. Henry M. Susswein and Others, Appellants, and Maurice Rubinger and Others, Defendants.— Motion for stay of examination denied; examination to proceed at same time and place on five days' notice. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Watamond Realty Corporation, Appellant, v. Mamie Schwartz and Others, Defendants; Robert Krauss Flooring Co., Inc., and Another, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Gunnar Ahlman, Respondent, v. Pinkerton's National Detective Agency, Inc., Appellant, and Others, Defendants.— Order granting reargument of motion to dismiss complaint, and on reargument dismissing the complaint unless the case be noticed for the January term and tried when reached, affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

Albany Heights Realty Company, Respondent, v. Pauline S. Sparrow, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Sig. Cederstrom, Respondent, v. Frank A. Lundquist, Appellant.— Order denying defendant's motion to be relieved from stipulation, to vacate judgment and to set the case down for trial on a day certain affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

Millard L. Heymann, Respondent, v. Brooklyn Furniture Company, Respondent, Impleaded with Pyle-Gray Real Estate Co., Inc., and Leonard S. Gans Co., Inc., Appellants.— Judgment unanimously affirmed, with one bill of costs to respondents. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Estate of Helena McLaughlin, Deceased. John Sylvester McLaughlin, Respondent; Henrietta Hannan, Appellant.— Order of the Surrogate's Court of Nassau county directing defendant Hannan to render and file an account reversed upon the law, with ten dollars costs and disbursements, payable out of the estate, and petition dismissed, with ten dollars costs. The action brought by appellant in the Supreme Court antedated this proceeding, and the surrogate, therefore, should not have assumed jurisdiction. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.